THE PEOPLE OF THE STATE OF NEW YORK ex rel. GREENPOINT TERMINAL CORPORATION and CHARLES M. ENGLIS, etc., Appellants, Respondents, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents, Appellants. Taxes of 1917, 1918, 1919, 1920, 1921, 1922, 1923 and 1924. Block 2556, Lots 1 and 6; Block 2570, Lot 36.— Orders unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

JOSEPH TRUTA, Appellant, v. JOHN J. TOMICH and Others, Defendants, and MARY TOMICH, Executrix, etc., of JOHN J. TOMICH, Deceased, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

JOHN A. WEITMANN, Appellant, v. ELTON ROTH, Defendant, Impleaded with GEORGE OVERMEYER, Respondent.— Order granting motion of defendant Overmeyer to set aside the verdict as against him and directing judgment in his favor against plaintiff reversed upon the law and the facts, with costs, motion denied, judgment in favor of defendant Overmeyer vacated, original verdict reinstated, and judgment directed to be entered thereon, with costs. The evidence clearly shows the negligence of defendant Overmeyer and the court erred in setting aside the verdict as against him. *Warren* v. *State of New York* (219 App. Div. 124) is not controlling in this case. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.